# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **No. 11-70** |
| **EUGENE THOMPSON** | **SECTION I** |

## ORDER & REASONS

Before the Court is petitioner Eugene Thompson's ("Thompson") "motion[1] for sentencing reduction," which the Court liberally construes as a motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Thompson previously filed a motion to vacate, set aside, or correct his sentence pursuant to § 2255 on January 30, 2015,[2] which the Court dismissed with prejudice on July 8, 2015.[3]

Accordingly,

**IT IS ORDERED** that Thompson's motion be construed in part as a motion for certification for this Court to consider the second or successive claims raised therein.

**IT IS FURTHER ORDERED** that this motion be and hereby is **TRANSFERRED** to the United States Fifth Circuit Court of Appeals under the authority of 28 U.S.C. § 1631 for that Court to determine whether petitioner is

---

[1] R. Doc. No. 426.
[2] R. Doc. No. 346.
[3] R. Doc. No. 380.

authorized under 28 U.S.C. § 2244 and § 2255 to file the instant motion to vacate in this Court.

New Orleans, Louisiana, November 26, 2019.

**LANCE M. AFRICK**
**UNITED STATES DISTRICT JUDGE**